IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILIAN JOEL SUAZO MARTINEZ

v.

J.L. JAMISON, *et al.*

CIVIL ACTION

No. 26-5165

## ORDER

**AND NOW**, this 24th day of July, 2026, upon a petition by Wilian Joel Suazo Martinez for a writ of habeas corpus, it is hereby **ORDERED** that Respondents shall show cause by July 27, 2026, why the writ should not be granted and relief ordered.

It is further **ORDERED** that Respondents shall not remove Suazo Martinez from the Eastern District of Pennsylvania prior to July 29, 2026.

BY THE COURT:

/s/ Catherine Henry
_____

CATHERINE HENRY, J.